IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELLEY CHISHOLM, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>COMPANION LIFE INSURANCE )<br>COMPANY, a South Carolina company, )<br>)<br>)<br>    Defendant/Third-Party Plaintiff )<br>)<br>vs. )<br>)<br>HEALTH PLAN INTERMEDIARIES, )<br>LLC, d/b/a HEALTH INSURANCE )<br>INNOVATIONS, HEALTH PLAN )<br>INTERMEDIARIES HOLDINGS, LLC )<br>and KATHLEEN BAPTISTE, )<br>)<br>    Third-Party Defendants. ) | Civil No. 4:18-cv-4261 |

## NOTICE OF SETTLEMENT

COMES NOW, Defendant/Third-Party Plaintiff Companion Life Insurance Company ("Companion Life") and submits this Notice of Settlement.

Companion Life and Plaintiff Kelley Chisholm ("Plaintiff") have agreed upon an amicable resolution of Plaintiff's claims amongst themselves as well as by and through their counsel of record. Likewise, Companion Life and Third-Party Defendants Health Plan Intermediaries, LLC, d/b/a Health Insurance Innovations, Health Plan Intermediaries Holdings, LLC (collectively "HII") and Kathleen Baptiste ("Baptiste") have agreed upon an amicable resolution of Companion Life's third-party claims amongst themselves as well as by and through their undersigned counsel of record. Accordingly, the controversy existing between these parties with respect to the above-referenced and numbered cause no longer exists and the issues requiring resolution are now moot. Counsel for the

respective parties shall submit an Agreed Motion to Dismiss and proposed Agreed Order of Dismissal to this Honorable Court immediately upon the consummation of the settlement and anticipate doing so within the next thirty (30) days.

For these reasons, Companion Life respectfully request that this Honorable Court terminate and cancel any and all proceedings presently occurring or scheduled to occur with respect to the above-referenced and numbered cause pending the consummation of a settlement whereupon an Agreed Motion to Dismiss and proposed Agreed Order of Dismissal shall be presented for this Court's consideration.

Respectfully submitted,

**MUNSCH, HARDT, KOPF & HARR, P.C.**

By: */s/ Kenneth W. Bullock, II* _____
    Kenneth W. Bullock, II
    State Bar No. 24055227
    Amber L. Karns
    State Bar No. 24080669
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas  77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
kbullock@munsch.com
akarns@munsch.com

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019 I electronically filed a copy of the foregoing Notice of Settlement and served it by electronic transmission through the Court's CM/ECF system.

    */s/ Kenneth W. Bullock, II* _____
    Kenneth W. Bullock, II

**JESSICA RUTZICK & ASSOCIATES, P.C.**
Jessica Rutzick
WY Bar No. 6-3126
Post Office Box 1867
Wilson, WY 83014
(307) 733-8140
jrutzick@rutzicklaw.com

**DALY & BLACK, P.C.**
Richard Daly
Texas Bar No. 00796429
Federal Bar No. 20706
rdaly@dalyblack.com
Kyle P. Malone
State Bar No. 2410218
Federal Bar No. 3306811
kmalone@dalyblack.com
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405

**ATTORNEYS FOR PLAINTIFF, KELLEY CHISHOLM**

**GREENSPOON MARDER LLP**
Garry W. O'Donnell
Of Counsel – *Admitted Pro Hac Vice*
Florida Bar No. 0478148
One Boca Place
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (561) 994-2212
Facsimile: (561) 807-7527
garry.odonnell@gmlaw.com

**PORTER HEDGES LLP**

Attorney-in-Charge:
Jamie L. Godsey
Texas State Bar No: 24097741
Fed. ID: 2771744
(713) 226-6752 (telephone)
(713) 226-6352 (facsimile)
jgodsey@porterhedges.com
1000 Main Street, 36th Floor

-4-

Houston, Texas 77002

Of Counsel:
Alison P. Henderson
Texas State Bar No: 24087707
Fed. ID: 2228628
(713) 226-6728 (telephone)
(713) 226-6328 (facsimile)
ahenderson@porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002

**ATTORNEYS FOR THIRD-PARTY DEFENDANTS, HEALTH PLAN INTERMEDIARIES, LLC D/B/A HEALTH INSURANCE INNOVATIONS AND HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC**


**GERSTLE, MINISSALE & SNELSON, LLP**
Dana Minissale
State Bar No. 18191583
S.D. Tex. No. 593569
4849 Greenville Avenue, Suite 1500
Dallas, Texas 75206-
Telephone: (214) 368-6440
dana.minissale@gmsattorneys.com

**ATTORNEY FOR THIRD-PARTY DEFENDANT KATHLEEN BAPTISTE**